# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

DR. IFEOMA EZEKWO, MD

                    Plaintiff
     VS.

| Defendants | |
|---|---|
| 1. OPMC( OFFICE OF PROFESSIONAL MISCONDUCT) NEW YORK | Civil Action No<br>NEW CASE<br>COMPLAINT FOR VIOLATIONS OF: |
| 2. NEW YORK STATE DEPT OF HEALTH | 1. Title 42 U.S. Code § 1983 |
| 3. PAULA BREEN | 2. Title 28 U.S. Code § 1331 |
| 4. NYS COMMISIONER OF HEALTH | 3. Amendments to the U.S. Constitution and redress able pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971)." |
| 5. BILL FIDELL | |
| 6. NEW YORK INSPECTOR GENERAL | |
| 7. ROY NEMERSON, ESQ | |
| 8. ST. BARNABAS HOSPITAL, BRONX NEW YORK | 4. TITLE IX OF THE CIVIL RIGHTS,<br>5. 1st  4TH, 5th 6th 7th 8th 9th and 14th |
| 9. DIRECTOR OF MEDICAL STAFF OF ST. BARNABAS HOSPITAL, BRONX NEW YORK | 6. AMENDMENTS AND CIVIL RIGHTS VIOLATIONS |
| 10. DARA GOVAN, DOJ | 7. ABUSE OF PROCESS |
| 11. DEA USA US DEPT OF JUSTICE | 8. ABUSE OF POWER UNDER THE COLOR OF LAW |
| 12. JONATHAN RIVERA, DEA | |
| 13. RAYMOND P. DONOVAN, DEA | 9. BLATANT DISCRIMINATION AND |
| 14. JUANA M. HILL, DEA | 10. DENIAL OF RIGHT TO TRIAL OR HEARING |
| 15. ENGLEWOOD HOSPITAL, ENGLEWOOD, NJ | 11. DENIAL OF DUE PROCESS |
| 16. OFFICER CHRISTOPHER QUIRK | 12. VIOLATION OF AMERICANS DISABILITY RIGHTS |
| 17. OFFICER THORNTON WHITE | 13. HATE CRIMES AND BIAS AND CORRUPTION |
| 18. OFFICER MICHAEL CHRISTIANSEN | |
| 19. CITY OF ENGLEWOOD AND ENGLEWOOD POLICE DEPARTMENT | 14. FALSE PROSECUTION |
| 20. DEBARRED FORMER JUDGE LILIANA DEAVILA SILEBI (In her individual capacity only) | 15. HATE CRIMES AND BIAS HARRASMENT |
| JUDGE LAURA TAYLOR SWAIN (in her individual capacity and official capacity as Justice of Federal court SDNY) | 16. REFUSAL OF ASSISTANCE OF COUNSEL |
| 21. NEW YORK STATE MEDICAID (false information) | 17. INVASION OF PRIVACY |
| 22. CASE PRESIDING JUDGES OF OPMC NYS (in their individual capacity and their official capacity as administrative judges New York to be identified) | 18. DEFAMATION OF CHARACTER, LIBEL AND SLANDER.<br>(JURY TRIAL DEMANDED) |
| 23. JOHN or (JANE) DOES 1-10 | |

Defendants.



----------------------------------------------------------- X

STATE OF NEW YORK     )
COUNTY OF BRONX     ) ss

## JUDICIAL NOTICE

All officers of the court for US Federal Court District of New Jersey are hereby placed on notice under authority of the supremacy and equal protection clauses of the United States Constitution and the common law authorities of Haines v Kerner, 404 U.S. 519, Platsky v. C.I.A. 953 F.2d. 25, and Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000) relying on Willy v. Coastal Corp., 503 U.S. 131, 135 (1992), "United States v. International Business Machines Corp., 517 U.S. 843, 856 (1996), quoting Payne v. Tennessee, 501 U.S. 808, 842 (1991) (Souter, J., concurring). Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647, American Red Cross v. Community Blood Center of the Ozarks, 257 F.3d 859 (8th Cir. 07/25/2001).

In re Haines: Pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims.

In re Platsky: court errs if court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings.

In re Anastasoff: litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a constitutional right to have their claims adjudicated according the rule of precedent.

See Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000). Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment, Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

**Despite the above declarations by Plaintiff, see below Judge Swain's action which is very concerning and in further violation of Plaintiff's rights:**

Even after now filing this federal complaint, this case is being dismissed by Judge Swain and I am being forced to refile and justify that my rights that have been obviously violated.

This methodical denial of justice even in obvious violation of Plaintiff's civil rights brings to scrutiny and questioning the obvious corruption and cherry picking of cases here by the assigned judiciary, Judge Swain in denying Plaintiff her rights. The case has to be accepted and set for trial and all the facts of the case will be shown during discovery and trial. To chase Plaintiff, an aggrieved plaintiff with a very serious complaint and trivialize her and ridicule Plaintiff as Judge Swain is trying to do here serve no justice but only shows the underbelly of deep corruption that is now pervading this judiciary to deny Justice Plaintiff who has been harmed. That is not the purpose of the law. Judge Swain must therefore allow this case to proceed on the calendar so that Plaintiff who has been immensely harmed get the justice she deserves and clear her name. It is also very critical to note that Plaintiff has every reason to know that Judge Swain is prejudiced about this case as well as carrying over a prejudice Judge Swain has on another case Plaintiff has against Catholic Church and thus has a vested interest in dismissing all Plaintiff's cases like a catholic Headmistress with a cane standing at the court door screaming at Plaintiff, GO NO FURTHER. That is not law. Judge Swain must follow the law and allow this case on the docket. If there is any further information Judge Swain wants, she must demand that within a case that she must now allow the case to be live and all actions taken within the active case. It is also important for Judge Swain to know to recuse herself from this case if her entanglements with the case Plaintiff has against the Catholic Church which she has removed corruptly from the calendar even though it was already reviewed by another Judge and corrected and left on the calendar as an active case is clouding her judgment. The fact that it was the Catholic church that was molesting

Plaintiff and financially and physically threatening Plaintiff and harassing Plaintiff and stealing Plaintiff's property does not mean that Judge Swain will not allow Plaintiff to seek justice. So for Judge Swain to insert herself in Plaintiff's two cases where Plaintiff's rights were both violated in an attempt to do favors where there should be separation of church and state is extremely corrupt and outside her jurisdiction as a Judge who is now acting on personal agenda. This case must therefore be kept on the calendar and put on trial calendar. Plaintiff will address the other case with the Catholic Church within that case but it is very important to mention it here so all the facts are clear and it now behooves Judge Swain to recuse herself and allow Plaintiff to seek justice.

I, DR. IFEOMA EZEKWO, MD. Declare that I am of full age and in full knowledge of the

facts therein.

1. **JURISDICTIONAL BASIS**

    Plaintiff claim federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution.

2. Plaintiff brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections guaranteed to them by the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Fourteenth Amendments of the federal Constitution, by the defendants acting under color of law in their various capacities as Federal agents, officers of the law and municipalities in various capacities and in collusion together and severally to others thus affiliated in mischief and common understanding and their secret and sinister intent to cause harm to plaintiff in their capacities and thus deprive Plaintiff of her civil rights that are guaranteed her under the constitution of the United States. **This case is filed correctly as the actors are functioning in diverse capacities for which this platform covers all.**

3. Plaintiff brings this action against Defendants who are acting as Federal Agents, judicial officers, other municipal officers and other associated individuals in concert pursuant to Title 28 U.S. Code § 1331, in claims arising from violations of federal constitutional

rights guaranteed in the amendments to the U.S. Constitution and redress able pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971)."

4. These violations by Defendants was intentional, reckless and in total and callous disregard for the plaintiff's rights in the matters thereby putting Plaintiff's life and profession and career and property in mortal danger and totally stripping her of her civil rights in the process.

## PARTIES:

5. Plaintiffs Dr. Ifeoma Ezekwo, MD is a natural person, a physician licensed in the state of New York for the practice of Ophthalmology and Internal Medicine with offices at Grand Concourse, Bronx, New York.

6. Defendants OPMC is ( Office of Professional Medical Misconduct) together with St Barnabas hospital who filed a false complaint and perjured themselves and OPMC did not adjudicate but chose to leave the false information in Plaintiff's record. DEA is part of DOJ perform their duties as Federal agents. Other defendants are officers of the New York judiciary and municipalities and department of health law enforcements who are united by their effort to cause severe and professional harm to plaintiff and prior to that physical harm and then continue to follow and harass Plaintiff for over several years nonstop while at the same time conniving to deny her any and all redress under the law including brazenly denying her the ability for due process, denying her a due process hearing, denying her the right to be represented by her counsel demanding hearing to enable her case, denying her the right to litigate on recovery to sue and the right to complain in the most brazen and methodical violation of civil rights ever seen in USA.

7. **JUDGE SWAIN:** Even after now filing this federal complaint, this case is being dismissed by Judge Swain and Plaintiff is being forced to refile and justify that Plaintiff's rights that have been obviously violated are violated.

   This methodical denial of justice even in obvious violation of Plaintiff's civil rights brings to scrutiny and questioning the obvious corruption and cherry picking of cases here by the assigned judiciary, Judge Swain in denying Plaintiff her rights. The case has to be accepted and set for trial and all the facts of the case will be shown during discovery and trial. To chase Plaintiff, an aggrieved plaintiff with a very serious complaint and trivialize her and ridicule Plaintiff as Judge Swain is trying to do here serve no justice but

5

only shows the underbelly of deep corruption that is now pervading the judiciary to deny justice to those harmed. That is not the purpose of the law. Judge Swain must therefore allow this case to precede on the calendar so that Plaintiff who has been immensely harmed to get the justice she deserves and clear her name. It is also very critical to note that Plaintiff has every reason to know that Judge Swain is prejudiced about this case as well as carrying over a prejudice Judge Swain has on another case Plaintiff has against Catholic Church and thus has a vested interest in dismissing all her cases like a catholic Headmistress with a cane standing at the court door screaming at Plaintiff, GO NO FURTHER. That is not law. Judge Swain must follow the law and allow this case on the docket. If there is any further information Judge Swain wants, she must demand that within a case that she must now allow the case to be live and all actions taken within the active case. It is also important for Judge Swain to know to recuse herself from this case if her entanglements with the case I have against the Catholic Church which she has removed corruptly from the calendar even though it was already reviewed by another Judge and corrected and left on the calendar as an active case is clouding her judgment. The fact that it was the Catholic church that was molesting me financially and threatening me physically and harassing me and stealing my property does not mean that Judge Swain will not allow me to seek justice. So to insert herself in Plaintiff's two cases where Plaintiff's rights were both violated in an attempt to do favor where there should be separation of church and state is an extremely corrupt and outside her jurisdiction as a Judge who is now acting on personal agenda. This case must therefore be kept on the calendar and put on trial calendar. Plaintiff will address the other case with the Catholic Church within that case but it is very important to mention it here so all the facts are clear and it now behooves Judge Swain to recuse herself and allow Plaintiff to seek justice.

## STATEMENT OF CASE

8. Under the federal civil rights law Title 42 U.S. Code § 1983 which reads as follows: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges,

or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

This law is irrelevant of the fact that the offending parties defendants as in this case happens to be a Judges, law enforcement officers, city workers and attorneys aiding and abetting them when they broke the law.

9. Plaintiff hereby alleges and show that the defendants together and severally acted unconstitutionally and outside of their jurisdiction. Defendants engaged in an egregious discrimination against Plaintiff in OPMC hearing, as a minority in confrontation with government authorities of State of New York and treated her suspiciously, refused to postpone her hearing when she was seriously ill and thus could not attend and decided without giving her due process, then denied her trial on her case when she recovered, co-opted all others against her, refused her attorney's continuous demands to schedule a hearing so Plaintiff can testify on her own behalf and clear her name and against them and in the ultimate insult to injury dismissed every attempt plaintiff or her counsel made to effect a hearing a futile effort by their ultimate use of total silence like Plaintiff does not exist and yet kept the false information about the incident in public record refusing to remove it and refusing Plaintiff due process in the most outrageous form of civil right violation.

10. Despite the Plaintiff's attorney attempts to bring sanity to this most insane situation, NYS OPMC refused to bulge knowing full well that it is against civil rights to keep a disputed information in anybody's public files without due process. This has been part of a harassment campaign against Plaintiff and her family since she started her career.

11. Thus having denied Plaintiff this right to due process and having refused to remove the false information from Plaintiff's public files, they went further by dissipating the same false information to others without cause and due process putting Plaintiff in professional and personal life in mortal danger with known and unknown adversaries who now have this false fodder to feed off and thus blocking Plaintiff from all professional opportunities with this lurking in her record under the color of law for the several years

thereby aiding and abating those that fabricated those lies against Plaintiff and emboldening them to continue the "reign" of evil against Plaintiff who was quietly following her profession and these situations thus gave rise to denial of equal protection under the Fourteenth Amendment of the United States constitution.

12. In addition Defendants having refused to remove the false information from the records and having refused to give Plaintiff due process but instead gave this false information to DEA when they inquired during Plaintiff's renewal of her DEA number during the start of the COVID 19 pandemic in 2020. Despite the fact the Plaintiff's counsel had advised and given answer to the twisted situation which the Plaintiff gave to DEA during the controversy, in a move that surprised and baffled the Plaintiff, the DEA now wants to force Plaintiff to sign an MOA that this falsehood in Plaintiff's record is the truth as the only condition they can assign her a DEA number. So while the Plaintiff is saying the atrocities that OPMC propagated against her actually happened, Plaintiff now feels utterly and violently violated by DEA insisting that Plaintiff sign off false information against her as truth and thus this is now pending and Plaintiff is thus being violated and victimized all over again. It has now become more important than ever that OPMC and their co defendants must be compelled by law to either immediately remove the false information in Plaintiff's record and be sued under the Federal law to stand trial and provide evidence as well the Plaintiff be given the opportunity to provide her evidence and defend herself and thus force OPMC to remove the false information and compensate her for the same. These concerted efforts by OPMC and the other defendants to disfranchise and demonize and professionally harm Plaintiff and put Plaintiff's professional live in perpetual danger clearly shows these malevolent Defendants have injured Plaintiff enormously and violated her civil rights.

13. **The part background for all these harassments in this case is as follows: There is the most horrific and graphic details ever watched on the video of the most gruesome, inhumane, premeditated attempted murder and un provoked gross and brutal physical assault to Plaintiff and her son; Dr. Ezekwo's son, a physician was attacked pre-meditatively by three Englewood police officers namely**

8

**Christopher Quirk, Thornton White, and Michael Christiansen that left him with brain concussion, head lacerations, broken nose, broken ribs, dislocated wrists and multiple other body injuries as well pepper spray directly into his eyes and left alone bleeding inside his hospital room 23 in Englewood hospital.**

14. **Plus the stroke suffered by the Plaintiff Dr. Ezekwo who they threw on the floor and falsely accused and under this brutality and assault Plaintiff suffered a stroke and was admitted and treated in the same Englewood hospital and falsely detained and released.**

15. **And then the false reports and perjury and 19 counts of other criminal actions by Officer Christopher Quirk and his accomplices and the subsequent massive cover up by the city of Englewood and the persistent harassment of Drs Ezekwos by all ranks and file of Englewood city officials and law enforcement.**

16. **The Englewood hospital staff then lied with the Englewood Law enforcement in medical records and refused to release the video that captured the incident despite various request by Plaintiff until threat to report the matter to state hospital oversight forced them to release the video which even though they redacted and edited heavily still showed the horrific attack these named officer unleashed attempting to murder in cold blood.**

17. **On top of all the above, Englewood police then published a false story about the plaintiff's son with full name and picture in the Bergen record newspaper and online and have refused to remove the false story and apologize to this day.**

18. **And finally to congratulate officer Mr. Christopher Quirk on his crime spree, city of Englewood made him a detective, and armed him with all the tools of government and detective work so he can continue to harass, survey, monitor and intimidate his victims, the Plaintiff to this day through various criminalities such as , attempted murder, attempted rape; attempted pedophilia, tree and shrub poisoning, harassment and premeditated fake emergency orchestrated in order to murder Plaintiff in her home and then lie and cover up.**

19. **These Englewood law enforcement and city employees have continuously harassed and performed all these activities for past years nonstop and they are brazen and feel entitled to continue their various criminal activities.**

20. **Judge Liliana DeAvila Silebi, who was the Bergen county Superior Court Judge assigned to the case, was extremely corrupt and prejudiced. Even though there was clear evidence that the Police officers all lied and fabricated charges and there was a video, Judge Silebi criminally refused to look at the evidence or ask for the video to be shown to her and went on to keep Bail at $400,000.00 and thus intentionally endangering the life of an innocent citizen as well as aiding and abetting deep criminal activity and harassment including attempted murder and assault against plaintiff and family for many years, the threat of which Plaintiff and family still live under today. Judge Silebi even refused to end the false probation even when video evidence had emerged despite her refusal to look at showing that Plaintiff and her son had been violently assaulted, falsely imprisoned and perjured against by officers Christopher Quirk, Thornton White and Michael Christiansen. Judge Silebi also took no remedy to prosecute these police officers or the City of Englewood, even letting them promote Police Officer Christopher Quirk to detective equipping him with all the tools of government with which continued to track, harass and carry out a terrorist campaign against the Plaintiff and her family. Plaintiff complained about Judge Silebi and nothing was done. So this allowed Judge Silebi to assume that she was invincible and thus continued other crimes and misconduct that finally got her debarred and disgracefully removed from the bench never to be a Judge again. Had Corrupt Judge Silebi has been held accountable and corrected for the atrocity she committed against Plaintiff, she would have rehabilitated but now she publicly disgraced forever and a shame to all judges. It was partly because of Plaintiff's complaints against Judge Silebi that she left Hackensack court and went to Passaic County where she continued her atrocities until she was debarred and removed from the Bench. See Below the details of her removal from the bench:**

21. **PASSAIC COUNTY JUDGE REMOVED FOR ABUSE OF OFFICE**
    [Tom Nobile](#) **North Jersey**

**A Superior Court judge in Passaic County has been barred from the bench after a panel said she aided a friend in a child custody dispute and lied to authorities to cover her tracks.**

**The state Supreme Court's order, issued Wednesday, came three months after a three-judge panel found that Judge Liliana DeAvila-Silebi's behavior violated the state's Code of Judicial Conduct and recommended her removal from office.**

**Silebi was the presiding judge for criminal cases in Bergen County from 2010 to 2015, before her transfer to Passaic County, where she handled civil cases.**

**A hearing on her removal was scheduled before the Supreme Court in early September, but she declined to offer a defense, according to the court's order.**

**The court found evidence proving beyond a reasonable doubt that Silebi misused her position to "advance the private interests of a litigant," made "false statements under oath" and "altered telephone records" to perpetuate false statements, according to the order.**

**Silebi and her attorney did not immediately return calls for comment Thursday.**

**Investigators found that Silebi had once enjoyed an "exemplary personal and professional reputation" as a longtime judge, according to court documents. This changed in 2015, when she used her status to help Vivianne Chermont, a former judicial intern, win custody of her child for Mother's Day weekend in 2015.**

**Jenny Tran: Embattled judge contributed to mistrial in Elmwood Park murder case**
**Previously: Passaic**

**On May 9, 2015, Silebi made a phone call to Fort Lee police, informing them that Chermont had a court order to have her 5-year-old son on Mother's Day weekend, but the father took custody instead.**

**A state investigation later revealed that the order never existed, and that Silebi fabricated the story to police so Chermont could retain custody.**

**When confronted with the inquiry, Silebi defended her story and denied knowing Chermont. State investigators, however, discovered that the two had become acquainted while Chermont worked as an intern in the judge's office. They kept in regular contact through dozens of phone calls and text messages in the months before Silebi's call to the Fort Lee police.**

**The two shared a phone call on May 8, 2015, one day before the Fort Lee call. The next morning, cell phone records showed that the judge made four calls to Chermont.**
**Silebi initially refused to release her phone records to investigators. Then, she provided records that were heavily redacted to hide her calls with Chermont. She later was forced to cooperate under a state Attorney General's Office subpoena. Silebi was nominated to the court in 2008 by Gov. Jon Corzine, a Democrat, and nominated for tenure by Gov. Chris Christie. Silebi, of Waldwick, requested a transfer out of Superior Court in Hackensack because of an unspecified dispute with the former county prosecutor, John L. Molinelli.**

22. **New York State Medicaid, out of blues, when Plaintiff was out on disability due to major spinal surgery, and was unable to practice went into plaintiff's record and falsely claimed that they terminated Plaintiff and willfully lied and criminally misled the government as if there is something Plaintiff did even though Plaintiff was out ill and not practicing or billing Medicaid. And they never informed Plaintiff of the adverse event due to criminal concealment and vendetta. Plaintiff only found out their heinous actions when Plaintiff wanted to activate her Medicaid provider number to serve during the COVID crisis.**

23. **It was during the acute phase of this incident that OPMC then ratcheted up their attack on Plaintiff and insisting that a hearing on the false report they got from St. Barnabas hospital must be held and refusing to postpone the hearing so Plaintiff who have just suffered a stroke during the above described episode and was being cared for by family and friends and could not at that time be in any position to testify.**

24. **Despite the plaintiff's attorney at that time letting OPMC know Plaintiff was ill, OPMC refused to adjourn the hearing and then conducted the hearing without the Plaintiff and ruled against the Plaintiff.**

25. **Hence forward, every attempt made by Plaintiff and her counsel to obtain a hearing or reversal of the adverse and false information OPMC ultimately put in Plaintiff's public record was stonewalled and denied.**

26. **In fact despite the fact that Plaintiff complained everywhere, to Commissioner of Health, NYS Inspector General, the NYS Counsel Roy Nemerson and even Governor Cuomo, Plaintiff was just treated with ignominy.**

27. **While the OPMC and NYS department of Health from the facts of the case as revealed by Plaintiff knew that Plaintiff was innocent, they still did not schedule a hearing or remove the false report**

28. **In fact, Plaintiff now has every reason to believe that the partial reason for the OPMC adamancy in keeping the false record had to do with the case that Plaintiff has with the city of Englewood law enforcement in order to aid them by creating a record for her and to humiliate and track her which OPMC despite the Plaintiff's innocence.**

29. **During this same time, Dara Govan of DOJ decided to take on the case and after speaking with Plaintiff and her counsel on the matter, then as subsequent events will weirdly corroborate, there was more harassment of Plaintiff from OPMC for cases where Plaintiff cared for patient five years earlier and according to patient she did not know why OPMC was harassing Plaintiff because Plaintiff did not operate on her and did nothing wrong by her.**

30. **Not only that but through Dara Govan and OPMC the NJ medical board where Plaintiff had an inactive medical license as Plaintiff was practicing only in NYS before Plaintiff got ill started harassing Plaintiff even though Plaintiff had never practiced in New Jersey and made her license inactive when she got ill. In fact New Jersey medical board moves were so bizarre and Plaintiff's attorney could not why they are harassing Plaintiff and then refused for Plaintiff to activate her license so there is "cause to deal" and demanding hearings while OPMC has still not removed the false information they have on file which by common sense has to be resolved first.**

13

31. **Bill Fidell was the OPMC staff who despite being told and shown the evidence that Plaintiff was innocent continued to harass Plaintiff and prosecute on false premise and threatening Plaintiff with notices that lacked due process. The court here asking plaintiff to be brief.**
**Paula Breen in a similar manner perpetuated the falsehood without due process as shown in the state and OPMC documents in the matter all to be shown at trial. The court hereby asking the Plaintiff to be brief**

32. **So OPMC and co defendants DEA are now without giving Plaintiff notice of a hearing in the proceeding, want to take away Plaintiff's reputation and employability and keep insulting Plaintiff with the false information, insisting now via DEA that Plaintiff must now sign as true the false information while they are still refusing Plaintiff the hearing to prove Plaintiff's innocence. This is abuse of power, abuse of process and violation of Plaintiff's civil rights under the color of law and without due process, violating the First, Fourth, Fifth Sixth, Seventh and Eight Amendments as well as the Fourteenth Amendment violations against the Plaintiff. DEA is a federal agency even though they are represented in all states including New York State.**

33. Defendants by refusing Plaintiff representation of counsel by refusing Plaintiff's attorney's demand for a hearing on behalf of his client the Defendant OPMC is in total violation of the Sixth amendment of Plaintiff's civil right which grants the Plaintiff the right to be properly represented by counsel and the Defendants acknowledgement of that right. Defendants here denied Plaintiff the effective use of her counsel and violated the sixth amendment.

34. The amendments of the Bill of Rights violations that the defendants committed here and described by Plaintiff give rise to causes of action taken by Plaintiff here under Title 42 U.S.C. § 1983 and arguably against the Judges of OPMC and OPMC and DEA as in Bivens actions. Also sections of 1983 claim for abuse of process and malicious abuse of process.

35. Plaintiff have given a clear and concise description of what happened to her under the tyrannical reckless and corrupt and biased dealings of Defendants, Judges during the hearing without Plaintiff being present, and how they the Defendants together and severally have violated Plaintiff multiple civil rights and constitutional amendments on multiple occasions and Plaintiff is thus seeking redress.

## PRAYER FOR RELIEF:

36. Wherefore plaintiff prays this Court to issue equitable relief as follows and incorporates all prior related complaints and notices and evidence elaborately documented including the facts enumerated in this complaint and plead as follows:

37. **OPMC: Issue injunctive relief commanding OPMC Defendants to immediately put Plaintiff' cases on the trial calendar to adequately address the depth and breadth of the atrocities Plaintiff endured under OPMC and its Enforcement officers and Department of health workers acting narcissistically has totally put Plaintiff's professional life in danger and damaged her reputation and opportunities and it is OPMC and their allied Defendants and waging secret war against the Plaintiff in collusion and have methodically decided to frustrate Plaintiffs attempt at justice at every corner while still keeping the false information in her professional record. Case must have a hearing and truth fully revealed and the false information that OPMC has on Plaintiff's record be immediately removed.**

38. **So Defendant OPMC just wanted to close the case and cover up corruptly all the atrocities that happened to Plaintiff without bringing the perpetrators to justice and denying Plaintiff trial brazenly and dismissing the case without due process. The court must now compel OPMC to bring this case to a hearing so Plaintiff can clear her name and those who falsely accused her punished by law and also pay Plaintiff compensation in the amount of ONE BILLION DOLLARS plus other amount determined at trial**

39. **OPMC and the other Defendants should not be allowed to fix Plaintiff's case and corruptly deny her justice and thus the court must compel OPMC to hold a proper hearing in the matter.**

40. **Defendants must be brought to justice and Plaintiff given the justice she deserves under the law and a hearing must be mandated on the case.**

41. **St. Barnabas Hospital brought this false claim and perjured themselves and were then left for years without any repercussion but instead OPMC has continued to harass the Plaintiff nonstop and have refused to remove the false information from the Plaintiff's record. St. Barnabas must be held accountable and pay claims as they violated the law and acted maliciously against Plaintiff. St. Barnabas must be compelled by the court to retract their false statements publicly and also pay Plaintiff compensation for harm done to her by their actions in the amount of ONE BILLION DOLLARS.**

42. **So the OPMC Defendant is giving the green light to these perpetrators like St. Barnabas who lied and brought false accusations which has been proven to be false that it is okay to frame and lie against a licensed Physician in NYS and get away with it. Defendants cannot throw out any case the Plaintiff bring and block the Plaintiff and deny her civil rights. OPMC must be held accountable and punished by law as they are required by law to grant Plaintiff due process.**

43. By Defendants' collective actions and deliberate violation of Plaintiff's civil rights and putting Plaintiff's standing as a physician in jeopardy because of false record data, Defendants broke the law and were violating Plaintiff's civil rights.

44. For those New York State Department of Health and their enforcement and state workers involved be held accountable under the law for menacing, harassing and intimidating and making Plaintiffs life a living hell nonstop. **Plaintiff Must be allowed to attend a hearing and defend herself now that she is well to do so.**

45. For the OPMC, their attorneys and all the Defendants that watched in glee and did nothing but instead put Plaintiff's life and reputation in more danger by brazenly siding corruptly with the law enforcement and St. Barnabas and scampering Plaintiffs' case and denying them trial and refusing to bring the perpetrators to justice be brought to justice themselves. **OPMC must be compelled by the court to hear this case now that**

16

**Plaintiff is well to testify and must be made to remove the false information they left in Plaintiff's records**

46. Issue declaratory relief as this Court deems appropriate just.

47. Issue other relief as this Court deems appropriate and just.

48. Award plaintiff her costs of litigation and Claim against the Defendants in the amount of at least **one billion dollars and additional amount determined at trial**. Plaintiff reserves the right to upwardly adjust this claim as more facts and issues are revealed during the litigation process and discoveries.

49. Punitive damages as Defendants acted maliciously and wantonly. As Defendants committed violations recklessly and callously in total disregard for the Plaintiff's rights.

50. Defendants were malicious in that they harbored ill will and spite towards Plaintiff as they consciously desired to violate federal civil rights of the Plaintiff which they are aware of.

51. **Defendants OPMC consciously desired to injure Plaintiff in a manner that they know to be unlawful and brazenly violated Plaintiff's right as if there is nothing Plaintiffs can do about it because of their position under the law. Not so. Defendant cannot violate Plaintiffs rights under the law. OPMC defendant must be compelled by the law to remove the false information they have on plaintiff's public records, issue apology and pay Plaintiff compensation for harm done**

52. Defendants OPMC scheduling a hearing that requires Plaintiff to be present and defend herself when the Plaintiff was physically ill and incapacitated in such a way that made it impossible to attend and present her case and defend her violated the American's disability act. And also misappropriated Plaintiff's counsel in a way that is denying her the use of counsel by forcing Plaintiff's counsel to proceed without sick Plaintiff being present. **Defendants must now be compelled by the court via this complaint to schedule a hearing and allow the Plaintiff to present her case and clear her name and also pay her damages in the amount of ONE BILLION DOLLARS AND OTHER ADDITIONAL AMOUNT DECLARED AT TRIAL.**

53. **The harm to Plaintiffs was a foreseeable and fairly direct result of OPMC Defendants' collective conduct.**

54. The Defendants OPMC acted with conscious disregard of a great risk of serious harm to Plaintiff which is deliberate indifference and Defendants refused to address the risk.

55. **The Defendants OPMC et al were all involved in Plaintiff's cases that distinguished the Plaintiff from the public at large and violated Plaintiffs rights as claimed in the suit**

56. **OPMC Defendants' actions made Plaintiff more vulnerable to physical, professional harm and financial loss and loss of her reputation as a physician and Plaintiff is seeking compensation in the amount already stated above and other punitive damages as the court deems fit.**

57. Plaintiff hereby requests Jury trial.

    Respectfully submitted;

    "/s/*IfeomaEzekwo*"

    Dr. Ifeoma Ezekwo, MD
    400 Tenafly Road, # 1002, Tenafly NJ 07670
    (201) 674 9548    avitacares@yahoo.com.
    **Encl: Addendum as in complaint**


## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all causes of action and claims to which they have a right to a jury trial.

Dated June 17th   2021                    Respectfully submitted;

                                          /s/*IfeomaEzekwo*"

                                          Dr. Ifeoma Ezekwo, MD
                                          400 Tenafly Road, # 1002
                                          Tenafly NJ 07670

18

(201) 674 9548
avitacares@yahoo.com.

**Statement of Verification**

I have read the above complaint and it is correct to the best of my knowledge.
Dated June 17th  2021.

Respectfully submitted;

"/s/*IfeomaEzekwo*"
Dr. Ifeoma Ezekwo, MD
400 Tenafly Road, # 1002
Tenafly NJ 07670
 (201) 674 9548       avitacares@yahoo.com.